UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, DEPARTMENT OF MEDICAL ASSISTANCE SERVICES, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br><br> and <br><br> KERRY N. WEEMS Acting Administrator, Centers for Medicare and Medicaid Services. <br><br> Defendants. | Civ. Action No. 08-0573 (RMC) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for the Defendants in the above-captioned case.

                                                           Respectfully submitted,

                                                           /s/
                                                   CHRISTOPHER B. HARWOOD
                                                 N.Y. Reg. No. 4202982
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 Civil Division
                                                 555 4th Street, N.W.
                                                 Washington, D.C. 20530
                                                 (202) 307-0372