# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, DEPARTMENT OF MEDICAL ASSISTANCE SERVICES, )<br><br>Plaintiff, )<br>v. )<br>)<br>MICHEAL O. LEAVITT, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, )<br><br>and )<br><br>KERRY N. WEEMS, in his official capacity as ACTING ADMINISTRATOR, CENTERS FOR MEDICARE AND MEDICAID SERVICES of the United States Department of Health & Human Services, )<br><br>Defendants. ) | Civ. Action No. 08-0573 (RMC) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Ann M. Lichter as counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

 /s/ Ann M. Lichter
ANN M. LICHTER
D.C. Bar 496307
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5739
amlichter@hhlaw.com