AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COMMONWEALTH OF
VIRGINIA, DEPARTMENT OF
MEDICAL ASSISTANCE SERVICES,
600 E. Broad Street, Suite 1300
Richmond, VA 23219

**SUMMONS IN A CIVIL CASE**

V.

MICHEAL O. LEAVITT, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, 200 Independence Avenue, S.W., Washington, D.C. 20201
and

KERRY N. WEEMS, in his official capacity as ACTING ADMINISTRATOR, CENTERS FOR MEDICARE AND MEDICAID SERVICES of the United States Departmnet of Health & Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201

Case: 1:08-cv-00573
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/2/2008
Description: Admn Agency Review

TO: (Name and address of Defendant)

KERRY N. WEEMS, Acting Administrator,
Centers for Medicare and Medicaid Services of the United
States Department of Health and Human Services, 200
Independence Avenue, S.W., Washington, D.C., 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey D. Pariser
Hogan & Hartson LLP
555 Thirteenth Street N.W.
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         APR - 2 2008

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ * | 04-03-08 at 12:57 p.m. |
| NAME OF SERVER (PRINT)<br>Wesley Jennings | TITLE<br>Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Brandon Smith, Legal Assistant, authorized to accept. Service was completed at 200 Independence Avenue, SW, Washington, DC 20201.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    05-20-08
                  Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

* Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.