**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, <br> DEPARTMENT OF MEDICAL <br> ASSISTANCE SERVICES, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT <br> Secretary, United States Department of <br> Health and Human Services, <br><br> and <br><br> KERRY N. WEEMS <br> Acting Administrator, <br> Centers for Medicare and Medicaid Services of <br> the United States Department of <br> Health and Human Services, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:08-cv-00573 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' NOTICE OF**
**SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Varu Chilakamarri, Trial Attorney, Civil Division, United States Department of Justice, hereby substitutes for Christopher Harwood, and enters her appearance on behalf of the Defendants as lead counsel in the above-captioned case.

All future correspondence and other communications regarding this case should be directed to Ms. Chilakamarri at the following addresses:

**FOR U.S. MAIL**   Varu Chilakamarri
U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

| | |
|---|---|
| **FOR COURIER AND HAND DELIVERIES** | Varu Chilakamarri<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7226<br>Washington, D.C. 20001 |

U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.

    Ms. Chilakamarri may be reached by phone at (202) 616-8489, and by fax at (202) 616-8470.

Dated: May 29, 2008.

                                        GREGORY G. KATSAS
                                        Acting Assistant Attorney General

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        SHEILA M. LIEBER
                                        Assistant Branch Director

                                        /s/ Varu Chilakamarri
                                        VARU CHILAKAMARRI (NY Bar)
                                        Trial Attorney, Federal Programs Branch
                                        U.S. Department of Justice, Civil Division
                                        Tel: (202) 616-8489
                                        Fax: (202) 616-8470
                                        varudhini.chilakamarri@usdoj.gov

                                        Courier Address:
                                        20 Massachusetts Ave., NW, Rm. 7226
                                        Washington, D.C. 20530

                                        *Counsel for Defendant*

## **CERTIFICATE OF COUNSEL**

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

          /s/ Varu Chilakamarri
          VARU CHILAKAMARRI

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.

          /s/ Varu Chilakamarri
          VARU CHILAKAMARRI