**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, DEPARTMENT OF MEDICAL ASSISTANCE SERVICES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT<br>Secretary, United States Department of Health and Human Services,<br><br>and<br><br>KERRY N. WEEMS<br>Acting Administrator,<br>Centers for Medicare and Medicaid Services of the United States Department of Health and Human Services,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-00573 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF PARTIAL SCHEDULE AND
EXTENSION OF TIME TO FILE DEFENDANTS' ANSWER**

On April 2, 2008, Plaintiff, the Commonwealth of Virginia, Department of Medical Assistance Services, filed its Complaint challenging, under the Administrative Procedure Act, 5 U.S.C. § 500, *et seq.*, a decision of the Departmental Appeals Board of the Department of Health and Human Services ("HHS"). Plaintiff served the United States Attorney for the District of Columbia on or about April 2, 2008, triggering Defendants' obligation to file an answer pursuant to Federal Rule of Civil Procedure 12(a)(2) on or about June 2, 2008.

Defendants are in the process of compiling the administrative record and anticipate that the final record will be available within a few weeks. Because the parties anticipate that cross-motions for summary judgment under Fed. R. Civ. P. 56 will most efficiently and expeditiously

resolve this dispute, the parties jointly move for the Court to adopt the following partial schedule, which provides for an extension of time for Defendants to file their answer simultaneously with the administrative record. The parties agree to submit a joint proposed briefing schedule on or before July 7, 2008, after the administrative record has been compiled.

**Proposed Partial Schedule**

| FILING | FILING DEADLINE |
|---|---|
| Defendants file the administrative record and answer. | July 1, 2008 |
| The parties file a joint proposed briefing schedule for cross-motions for summary judgment. | July 7, 2008 |

For the foregoing reasons, the parties jointly move for the entry of the proposed partial schedule.

Respectfully submitted this 29th day of May, 2008.

| | |
|---|---|
| HOGAN & HARTSON LLP<br><br>/s/ Jeffrey D. Pariser (filed with permission)<br>Jeffrey D. Pariser (#462085)<br><br>HOGAN & HARTSON LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-8689<br><br><br>*Counsel for Plaintiff*<br>*Commonwealth of Virginia* | GREGORY G. KATSAS<br>Acting Assistant Attorney General<br><br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>SHEILA M. LIEBER<br>Assistant Branch Director<br><br>/s/ Varu Chilakamarri<br>VARU CHILAKAMARRI (NY Bar)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel: (202) 616-8489<br>Fax: (202) 616-8470<br>varudhini.chilakamarri@usdoj.gov<br>Courier Address:<br>20 Massachusetts Ave., NW, Rm. 7226<br>Washington, D.C. 20530<br><br>*Counsel for Defendants* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, DEPARTMENT OF MEDICAL ASSISTANCE SERVICES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT<br>Secretary, United States Department of Health and Human Services,<br><br>and<br><br>KERRY N. WEEMS<br>Acting Administrator,<br>Centers for Medicare and Medicaid Services of the United States Department of Health and Human Services,<br><br>　　　　Defendants. | Case No. 1:08-cv-00573 (RMC) |

## [PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION FOR ENTRY OF PARTIAL SCHEDULE AND EXTENSION OF TIME TO FILE DEFENDANTS' ANSWER

Based on the parties' joint motion for entry of a partial schedule and an extension of time to file defendants' answer, it is hereby ORDERED that the parties' joint motion is GRANTED.

The partial schedule proposed in the parties' joint motion is hereby adopted.

Accordingly, it is hereby

　　ORDERED that the parties file the following filings by the associated deadline:

| FILING | FILING DEADLINE |
|---|---|
| Defendants file the administrative record and answer. | July 1, 2008 |
| The parties file a joint proposed briefing schedule for cross-motions for summary judgment. | July 7, 2008 |

Dated this _____ day of _____, 2008.

BY THE COURT:

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE