UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA,<br>DEPARTMENT OF MEDICAL<br>ASSISTANCE SERVICES,<br><br>     Plaintiff,<br><br>     v.<br><br>MICHAEL O. LEAVITT<br>Secretary, United States Department of<br>Health and Human Services,<br><br>and<br><br>KERRY N. WEEMS<br>Acting Administrator,<br>Centers for Medicare and Medicaid Services of<br>the United States Department of<br>Health and Human Services,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-00573 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING ADMINISTRATIVE RECORD

     Defendants hereby file with this notice an administrative record related to the above captioned case. Due to the size of this record, it will be filed in hard copy with the Clerk's Office for the United States District Court for the District of Columbia on June 30, 2008. Courtesy copies of this record will be provided to plaintiff's attorney and the Court.

Respectfully submitted this 30th day of June, 2008.

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Assistant Branch Director

/s/ Varu Chilakamarri
VARU CHILAKAMARRI (NY Bar)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
Tel: (202) 616-8489
Fax: (202) 616-8470
varudhini.chilakamarri@usdoj.gov
Courier Address:
20 Massachusetts Ave., NW, Rm. 7226
Washington, D.C. 20530

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, a true and correct copy of the foregoing Notice was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system. On June 30, 2008, hard copies of the administrative record were delivered to the Court, as well as to counsel for plaintiff: Jeffrey D. Pariser, Hogan & Hartson, 555 Thirteenth Street, NW, Washington, DC, 20004, via courier service.

/s/ Varu Chilakamarri

VARU CHILAKAMARRI