# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, )<br>DEPARTMENT OF MEDICAL )<br>ASSISTANCE SERVICES, )<br>  )<br>     Plaintiff, )<br>  )<br>  v. )<br>  )<br>MICHAEL O. LEAVITT )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>  )<br>and )<br>  )<br>KERRY N. WEEMS )<br>Acting Administrator, )<br>Centers for Medicare and Medicaid Services of )<br>the United States Department of )<br>Health and Human Services, )<br>  )<br>     Defendants. )<br>  ) | Case No. 1:08-cv-00573 (RMC) |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to this Court's Minute Entry Order dated May 29, 2008, the parties submit the following proposed briefing schedule:

### Proposed Briefing Schedule

| FILING | FILING DEADLINE |
|---|---|
| Plaintiff files its motion for summary judgment. | August 5, 2008 |
| Defendants file their opposition to Plaintiff's motion for summary judgment and their cross-motion for summary judgment. | September 12, 2008 |

| | |
|---|---|
| Plaintiff files its reply in support of its motion for summary judgment and its opposition to Defendants' cross-motion for summary judgment. | October 3, 2008 |
| Defendants file their reply in support of their cross-motion for summary judgment. | October 24, 2008 |

Accordingly, the parties jointly move for the entry of the proposed briefing schedule.

Respectfully submitted this 30th day of June, 2008.

| | |
|---|---|
| HOGAN & HARTSON LLP | GREGORY G. KATSAS<br>Acting Assistant Attorney General |
| /s/ Jeffrey D. Pariser (filed with permission)<br>Jeffrey D. Pariser (#462085) | JEFFREY A. TAYLOR<br>United States Attorney |
| HOGAN & HARTSON LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-8689 | SHEILA M. LIEBER<br>Assistant Branch Director |
| | /s/ Varu Chilakamarri<br>VARU CHILAKAMARRI (NY Bar)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel: (202) 616-8489<br>Fax: (202) 616-8470<br>varudhini.chilakamarri@usdoj.gov<br>Courier Address:<br>20 Massachusetts Ave., NW, Rm. 7226<br>Washington, D.C. 20530 |
| *Counsel for Plaintiff*<br>*Commonwealth of Virginia* | *Counsel for Defendants* |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, DEPARTMENT OF MEDICAL ASSISTANCE SERVICES,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL O. LEAVITT<br>Secretary, United States Department of Health and Human Services,<br><br>and<br><br>KERRY N. WEEMS<br>Acting Administrator, Centers for Medicare and Medicaid Services of the United States Department of Health and Human Services,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:08-cv-00573 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] SCHEDULING ORDER**

The parties' joint motion for entry of a scheduling order is hereby GRANTED.

Accordingly, it is hereby

ORDERED that the parties file the following filings by the associated deadline:

**Briefing Schedule**

| FILING | FILING DEADLINE |
|---|---|
| Plaintiff files its motion for summary judgment. | August 5, 2008 |
| Defendants file their opposition to Plaintiff's motion for summary judgment and their cross-motion for summary judgment. | September 12, 2008 |

| Plaintiff files its reply in support of its motion for summary judgment and its opposition to Defendants' cross-motion for summary judgment. | October 3, 2008 |
|---|---|
| Defendants file their reply in support of their cross-motion for summary judgment. | October 24, 2008 |

Dated this _____ day of _____, 2008.

BY THE COURT:

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE