**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, DEPARTMENT OF MEDICAL ASSISTANCE SERVICES, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | Civ. Action No. 08-0573 (RMC) |
| MICHEAL O. LEAVITT, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ) ) ) ) ) | |
| and ) | |
| KERRY N. WEEMS, in his official capacity as ACTING ADMINISTRATOR, CENTERS FOR MEDICARE AND MEDICAID SERVICES of the United States Department of Health & Human Services, ) ) ) ) ) ) | |
| Defendants. ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Michael F. Mason as counsel for the Plaintiff in the above-captioned case.

                                                Respectfully submitted,

                                                /s/ Michael F. Mason
                                              MICHAEL F. MASON
                                              D.C. Bar 458541
                                              Hogan & Hartson LLP
                                              555 Thirteenth Street, N.W.
                                              Washington, D.C. 20004
                                              (202) 637-5499
                                              mfmason@hhlaw.com